FILED
June 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                           )   Case No.  2:08-mj-205 KJM
          Plaintiff,           )
v.                                     )   ORDER FOR RELEASE
                                           )   OF PERSON IN CUSTODY
Melissa Villegas,               )
                                           )
        Defendant.             )

TO:   UNITED STATES MARSHAL:

       This is to authorize and direct you to release  Melissa Villegas  Case 2:08-mj-205 KJM

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

            \_\_    Release on Personal Recognizance

            \_\_    Bail Posted in the Sum of _____

            X    Unsecured bond in the amount of $10,000

            \_\_    Appearance Bond with 10% Deposit

            \_\_    Appearance Bond secured by Real Property

            \_\_    Corporate Surety Bail Bond

            X    (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/17/08     at  2:25 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge