FILED
June 27, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

RICK VILLEGAS, Defendant.

Case No. CR. S-08-0294 EJG

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RICK VILLEGAS, Case No. CR. S-08-0294 EJG, Charge Title 18 USC §§ 1349; 1341; 1001, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X Bail Posted in the Sum of $ 50,000 secured by equity in father's property

X Unsecured Appearance Bond - $50,000 co signed by defendant + his father, until security posted

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X (Other) PTS conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 27, 2008 at 2:55 pm.

By [signature]
Kimberly J. Mueller
United States Magistrate Judge