McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-08-294-EJG |
| Plaintiff, | STIPULATION AND ROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING INFORMATION |
| v. | |
| ROBERT MARTINSON, SHERYL HAYDEN, KATHLEEN DELAPP, MELISSA VILLEGAS, and RICK VILLEGAS, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America, and Christopher H. Wing, attorney for defendant Robert Martinson, James R. Greiner, attorney for defendant Sheryl Hayden, William Portanova, attorney for defendant Kathleen Delapp, Bruce Locke, attorney for defendant Melissa Villegas, and Timothy Warriner, attorney for defendant Rick Villegas, that the documents provided as discovery in this case to defense counsel which contain names and personal identification information such as addresses, telephone numbers, social security

1

1  numbers, and bank account numbers of individuals other than the
2  defendants are subject to a Protective Order and that by signing
3  this Stipulation and Protective Order counsel agrees not to share
4  any such documents that contain personal identification information
5  with anyone other than defense counsel and his/her designated
6  defense investigators and support staff.  Any pages of discovery
7  that contain no personal identification information, or contain
8  only victim names, but no additional personal identifying
9  information, are not subject to this order.
10
11     Defense counsel may permit the defendants to view the documents
12 in the presence of his or her attorney or defense investigators, so
13 long as defense counsel and the defense investigators do not allow
14 the defendant to copy the personal identification information
15 contained in the discovery, and defense counsel and the defense
16 investigators do not allow the defendant to retain copies of these
17 records.
18
19     In the event that a defendant substitutes counsel, undersigned
20 defense counsel each agree to withhold these documents from new
21 counsel unless and until substituted counsel agrees also to be
22 bound by this order.

23 DATE: July 28, 2008            /s/ Christopher H. Wing
24                                CHRISTOPHER H. WING
                                  Attorney for ROBERT MARTINSON
25
26
27 DATE: July 28, 2008            /s/ James R. Greiner
                                  JAMES R. GREINER
28                                Attorney for SHERYL HAYDEN

```
1  DATE: July 28, 2008          /s/ William Portanova
                                WILLIAM PORTANOVA
2                               Attorney for KATHLEEN DELAPP
3
4  DATE: July 28, 2008          /s/ Bruce Locke
                                BRUCE LOCKE
5                               Attorney for MELISSA VILLEGAS
6
7  DATE: July 28, 2008          /s/ Timothy Warriner
                                TIMOTHY WARRINER
8                               Attorney for RICK VILLEGAS
9
10 DATE: July 28, 2008          McGREGOR W. SCOTT
                                United States Attorney
11
12                         By:  /s/ Russell L. Carlberg
                                RUSSELL L. CARLBERG
13                              Assistant U.S. Attorney
14
15    IT IS SO ORDERED:
16 DATED: August 4, 2008        /s/ Edward J. Garcia
                                EDWARD J. GARCIA
17                              U.S. District Judge
```

3