LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT MARTINSON, ET. AL<br>　　　　　Defendants, | Cr. No.  S-08-294 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING FROM AUGUST 29, 2008 AT 10:00 AM TO OCTOBER 10, 2008 AT 10:00 AM.<br><br>EXCLUSION OF TIME |

　　　　Plaintiff,  United States of America, by its counsel, Assistant United States Attorney Russell Carlberg , and defendants ROBERT MARTINSON, by his attorney, Christopher H. Wing, SHERYL HAYDEN, by her attorney Jar Greiner, KATHLEEN DELAPP, by her attorney William Portonova, MELISSA VILLEGAS, by her attorney Bruce Locke and RICK VILLEGAS, by his attorney Tim Warriner, hereby stipulate and agree that the status conference calendared for August 29, 2008 at 10:00 a.m. before the Honorable Senior United States District Court Judge, Edward J. Garcia, may be continued to October 10, 2008, at 10:00 a.m., for a further Status Hearing.
/ / /

1

The defendants have recently received discovery of approximately an additional 1000 pages which must be reviewed by the defendants and their attorneys and investigated by them.

Based upon this new discovery, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to October 10, 2008 at 10:00 a.m. pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T-4 – for time for the defense counsel to prepare.

The date has been confirmed with the Court's courtroom deputy, Ms. Colleen Lydon.

Dated: August 25, 2008

                          Respectfully Submitted

/s/ Christopher H. Wing by e-mail authorization
_____
Christopher H. Wing
Attorney for Robert Martinson

Dated: August 25, 2008

McGregor W. Scott
United States Attorney

/s/ Russell Carlberg by e-mail authorization
_____
Russell Carlberg
Assistant U.S. Attorney

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /

2

Dated: August 25, 2008

/s/ James R. Greiner by e-mail authorization
_____
James R. Greiner
Attorney for Sherly Haden

Dated: August 25, 2008

/s/ William Portonova by e-mail authorization
_____
William Portonove
Attorney for Kathleen Delapp

Dated: August 25, 2008

/s/  Bruce Locke by e-mail authorization
_____
Bruce Locke
Attorney for Melissa Villegas

Dated: August 25, 2008

/s/ Tim Warriner by e-mail authorization
_____
Tim Warriner by e-mail authorization

/ / /

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

3

## ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for August 29, 2008 at 10:00 a.m., is vacated and the matter set for a status conference on, October 10, 2008, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on October 10, 2008. Based upon this finding and the representations of the parties, the Court excludes time from August 29, 2008, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on October 10, 2008 at 10:00 a.m. or by further order of this Court.

Dated:  August 25, 2008          /s/ Edward J. Garcia
                                 SENIOR U.S. DISTRICT COURT JUDGE

///

4