LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Cr. No. S-08-294 EJG |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS HEARING FROM OCTOBER 10, 2008 AT 10:00 AM TO NOVEMBER 21, 2008 AT 10:00 AM. |
| ROBERT MARTINSON, ET. AL  Defendants, | EXCLUSION OF TIME |

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for October 10, 2008 at 10:00 a.m., is vacated and the matter set for a status conference on, November 21, 2008, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on November 21, 2008. Based upon this finding and the representations of the

/ / /

1

parties, the Court excludes time from October 10, 2008, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on November 21, 2008 at 10:00 a.m. or by further order of this Court.

Dated:  October 8, 2008

/s/ Edward J. Garcia
SENIOR U.S. DISTRICT COURT JUDGE

///

2