LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MARTINSON, ET. AL<br>Defendants, | Cr. No.  S-08-294 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING FROM NOVEMBER 21, 2008 AT 10:00 AM TO FEBRUARY 13, 2009 AT 10:00 AM.<br><br>EXCLUSION OF TIME |

## ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore;

IT IS ORDERED THAT:

The Hearing now set for November 21, 2008 at 10:00 a.m., is vacated and the matter set for a status conference on, February 13, 2009, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on February

/ / /

1

1
2  13, 2009.  Based upon this finding and the representations of the parties, the Court
3  excludes time from November 21, 2008, pursuant to the Speedy Trial Act, 18
4  U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for
5  counsel to prepare), until the next appearance on February 13, 2009 at 10:00 a.m.
6  or by further order of this Court.
7
8
9       Dated:    November 17, 2008
10
11
12                              /s/ Edward J. Garcia
                                SENIOR U.S. DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /

2