LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br><br>ROBERT MARTINSON, ET. AL<br>　　　　　　　　　Defendants, | Cr. No.  S-08-294 EJG<br><br>STIPULATION AND  ORDER CONTINUING STATUS HEARING FROM FEBRUARY 13, 2009 AT 10:00 AM TO APRIL 10,2009 AT 10:00 AM.<br><br>EXCLUSION OF TIME |

# [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore;

IT IS ORDERED THAT:

The Hearing now set for February 13 at 10:00 a.m., is vacated and the matter set for a status conference on, April 10, 2009, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on February

/ / /

1

1
2   13, 2009.  Based upon this finding and the representations of the parties, the Court
3   excludes time from February 13, 2009, pursuant to the Speedy Trial Act, 18 U.S.C.
4   § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to
5   prepare), until the next appearance on April 10, 2009 at 10:00 a.m. or by further
6   order of this Court.
7
8
9           Dated:  February 11, 2009
10
11                                  /s/ Edward J. Garcia
                                    SENIOR U.S. DISTRICT COURT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /

2