LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

**FILED**
APR 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

ATTORNEYS FOR: Defendant MARTINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MARTINSON, ET. AL<br>Defendants, | Cr. No. S-08-294 EJG<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING FROM APRIL 10, 2009 AT 10:00 AM TO MAY 15, 2009 AT 10:00 AM<br>EXCLUSION OF TIME<br>18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T-4] |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Russell Carlberg, and defendants ROBERT MARTINSON, by his attorney, Christopher H. Wing, SHERYL HAYDEN, by her attorney Jar Greiner, KATHLEEN DELAPP, by her attorney William Portonova, MELISSA VILLEGAS, by her attorney Bruce Locke and RICK VILLEGAS, by his attorney Tim Warriner, hereby stipulate and agree that the status conference calendared for April 10, 2009 at 10:00 a.m. before the Honorable Senior United States District Court Judge, Edward J. Garcia, may be continued to May 15, 2009, at 10:00 a.m., for a further Status Hearing.

/ / /

1

The defendants and their attorneys continue to review and investigate the 1000 pages of discovery provided previously and to review and incorporate documents that have been found through their investigations. Those documents are extensive and necessitate the extension requested. Further, other transactions that are outside the scope of the Indictment have been discovered and more investigation and research is required to determine their relevance to the case. Most of those documents have been received and are being digested and the parties believe that by the next date we should be able to discuss motions and other dates.

Based upon these factors, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to May 15, 2009 at 10:00 a.m. pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T-4 – for time for the defense counsel to prepare.

The date has been confirmed with the Court's courtroom deputy, Ms. Colleen Lydon.

Dated: April 6, 2009

Respectfully Submitted

/s/ Christopher H. Wing by e-mail authorization

Christopher H. Wing
Attorney for Robert Martinson

Dated:  April 6, 2009

McGregor W. Scott
United States Attorney

/s/ Russell Carlberg by e-mail authorization

Russell Carlberg
Assistant U.S. Attorney

Dated: April 6, 2009

/s/ James R. Greiner by e-mail authorization

James R. Greiner
Attorney for Sherly Haden

Dated: April 6, 2009

/s/ William Portonova by e-mail authorization

William Portonova
Attorney for Kathleen Delapp

Dated: April 6, 2009

/s/  Bruce Locke by e-mail authorization

Bruce Locke
Attorney for Melissa Villegas

Dated: April 6, 2009

/s/ Tim Warriner by e-mail authorization

Tim Warriner by e-mail authorization

/ / /

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

3

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for April 10, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, May 15, 2009, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on May 15, 2009. Based upon this finding and the representations of the parties, the Court excludes time from April 10, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on May 15, 2009 at 10:00 a.m. or by further order of this Court.

Dated: 4/8/09

_____
SENIOR U.S. DISTRICT COURT JUDGE

///

4