1  LAW OFFICES OF
2  **WING & PARISI**
   A PROFESSIONAL CORPORATION
   1101 E STREET
3  SACRAMENTO, CA 95814
   441-4888
4  State Bar #063214

5  ATTORNEYS FOR:   Defendant

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA | No.   Cr. S-08-294 EJG |
    |---|---|
    |                Plaintiff, | ORDER CONTINUING STATUS HEARING FROM JULY 10, 2009 AT 10:00 AM TO AUGUST 21, 2009 AT 10:00 AM |
    | v. | |
    | ROBERT MARTINSON, ET. AL. | |
    |                Defendants, | EXCLUSION OF TIME |

17

18                        **ORDER**

19      This matter having come on before me pursuant to the stipulation of the
20  parties and good cause appearing therefore,
21      IT IS ORDERED THAT: the Hearing now set for July 10, 2009 at 10:00
22  a.m., is vacated and the matter set for a status conference on, August 21, 2009, at
23  10:00 am.
24                              //
25                              //
26                              //
27                              //
28
    ///
                                1

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on August 21, 2009. Based upon this finding and the representations of the parties, the Court excludes time from July 10, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on August 21, 2009 at 10:00 a.m. or by further order of this Court.

Dated: July 8, 2009

/s/ Edward J. Garcia
SENIOR U.S. DISTRICT COURT JUDGE

///

2