LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant Martinson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.   Cr. S-08-294 EJG |
| Plaintiff, | ORDER CONTINUING STATUS HEARING FROM AUGUST 21, 2009 AT 10:00 AM TO OCTOBER 2, 2009 AT 10:00 AM |
| v. | |
| ROBERT MARTINSON, ET. AL. Defendants, | EXCLUSION OF TIME |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for August 21, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, October 2, 2009, at 10:00 am.

//

//

/ / /

1

2      Further, the Court finds that the defendants' need for additional time to

3  prepare exceeds the public interest in a trial within 70 days and, therefore, the

4  interests of justice warrant a further exclusion of time until the hearing on October

5  2, 2009.  Based upon this finding and the representations of the parties, the Court

6  excludes time from August 21, 2009, pursuant to the Speedy Trial Act, 18 U.S.C.

7  §3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to

8  prepare), until the next appearance on October 2, 2009 at 10:00 a.m. or by further

9  order of this Court.

10

11

12      Dated:  August 20, 2009

13

14                          /s/ Edward J. Garcia_____
                            SENIOR U.S. DISTRICT COURT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

2