LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant Martinson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MARTINSON, ET. AL.<br>Defendants, | No.   Cr. S-08-294 EJG<br><br>ORDER CONTINUING STATUS HEARING FROM OCTOBER 2, 2009 AT 10:00 AM TO NOVEMBER 20, 2009<br><br>EXCLUSION OF TIME 18 USC §3161(h)(8)(B)(iv), Local Code T4 |

### ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for October 2, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, November 20, 2009, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on October 2, 2009.  Based upon this finding and the representations of the parties, the Court excludes time from October 2, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. §

/ / /

1

3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on November 20, 2009 at 10:00 a.m. or by further order of this Court.

Dated:  September 30, 2009

                                      /s/ Edward J. Garcia
                                      SENIOR U.S. DISTRICT COURT JUDGE

/ / /