LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant Martinson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>    v.<br><br>ROBERT MARTINSON, ET. AL.<br>                    Defendants, | No.   Cr. S-08-294 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING FROM NOVEMBER 20, 2009 TO DECEMBER 18, 2009<br><br>EXCLUSION OF TIME 18 USC §3161(h)(8)(B)(iv), Local Code T4 |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Russell Carlberg , and defendants ROBERT MARTINSON, by his attorney, Christopher H. Wing, SHERYL HAYDEN, by her attorney Jar Greiner, KATHLEEN DELAPP, by her attorney William Portanova, MELISSA VILLEGAS, by her attorney Bruce Locke and RICK VILLEGAS, by his attorney Tim Warriner, hereby stipulate and agree that the status conference calendared for November 20, 2009 at 10:00 a.m. before the Honorable Senior United States District Court Judge, Edward J. Garcia, may be continued to December 18, 2009, at 10:00 a.m., for a further Status Hearing, and setting of a trial date if the case has not been resolved.

///

While the defendants and their attorneys continue to review and investigate the several thousand pages of discovery provided previously and to review and incorporate documents that have been found through their investigations, one of the defendant's counsel has a medical issue with a family member who resides out of state and is unable to be in Court on the date now scheduled for the Status Conference. Further, other transactions that are outside the scope of the Indictment have been discovered and more investigation and research is required to determine their relevance to the case. Additionally, some defendants have provided the government with other relevant documents which are under review. Finally, some counsel have been negotiating with the government in an attempt to resolve the case and as there are several transactions and issues involved in the case, this has taken more time than anticipated. The parties believe that by the date of the next Status Conference that we are suggesting, we will be able to discuss motions, trial dates and some possible settlements.

Based upon these factors, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to December 18, 2009 at 10:00 a.m. pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T-4 – for time for the defense counsel to prepare.

//

//

//

///

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

The date has been confirmed with the Court's courtroom deputy, Ms. Colleen Lydon.

Dated:  November 17, 2009

Respectfully Submitted

/s/ Christopher H. Wing by e-mail authorization
_____
Christopher H. Wing
Attorney for Robert Martinson

Dated:  November 17, 2009

McGregor W. Scott
United States Attorney

/s/ Russell Carlberg by e-mail authorization
_____
Russell Carlberg
Assistant U.S. Attorney

Dated: November 17, 2009

/s/ James R. Greiner by e-mail authorization
_____
James R. Greiner
Attorney for Sheryl Haden

Dated: November 17, 2009

/s/ William Portanova by e-mail authorization
_____
William Portanova
Attorney for Kathleen Delapp

/ / /

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

3

Dated: November 17, 2009

/s/ Bruce Locke by e-mail authorization
_____
Bruce Locke
Attorney for Melissa Villegas

Dated: November 17, 2009

/s/ Tim Warriner by e-mail authorization
_____
Tim Warriner by e-mail authorization

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for November 20, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, December 18, 2009, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on December 18, 2009.

//
//
//
//
//

///

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

4

1
2       Based upon this finding and the representations of the parties, the Court
3  excludes time from October 2, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. §
4  3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to
5  prepare), until the next appearance on December 18, 2009 at 10:00 a.m. or by
6  further order of this Court.
7
8
9       Dated:  November 18, 2009
10
11
12                              /s/ Edward J. Garcia
                                SENIOR U.S. DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

5

LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant Martinson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MARTINSON, ET. AL.<br>Defendants, | No.   Cr. S-08-294 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING FROM NOVEMBER 20, 2009 TO DECEMBER 18, 2009<br><br>EXCLUSION OF TIME 18 USC §3161(h)(8)(B)(iv), Local Code T4 |
|---|---|

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Russell Carlberg , and defendants ROBERT MARTINSON, by his attorney, Christopher H. Wing, SHERYL HAYDEN, by her attorney Jar Greiner, KATHLEEN DELAPP, by her attorney William Portanova, MELISSA VILLEGAS, by her attorney Bruce Locke and RICK VILLEGAS, by his attorney Tim Warriner, hereby stipulate and agree that the status conference calendared for November 20, 2009 at 10:00 a.m. before the Honorable Senior United States District Court Judge, Edward J. Garcia, may be continued to December 18, 2009, at 10:00 a.m., for a further Status Hearing, and setting of a trial date if the case has not been resolved.

/ / /

While the defendants and their attorneys continue to review and investigate the several thousand pages of discovery provided previously and to review and incorporate documents that have been found through their investigations, one of the defendant's counsel has a medical issue with a family member who resides out of state and is unable to be in Court on the date now scheduled for the Status Conference. Further, other transactions that are outside the scope of the Indictment have been discovered and more investigation and research is required to determine their relevance to the case. Additionally, some defendants have provided the government with other relevant documents which are under review. Finally, some counsel have been negotiating with the government in an attempt to resolve the case and as there are several transactions and issues involved in the case, this has taken more time than anticipated. The parties believe that by the date of the next Status Conference that we are suggesting, we will be able to discuss motions, trial dates and some possible settlements.

Based upon these factors, the parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded to December 18, 2009 at 10:00 a.m. pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T-4 – for time for the defense counsel to prepare.

//

//

//

///

2

The date has been confirmed with the Court's courtroom deputy, Ms. Colleen Lydon.

Dated:  November 17, 2009

Respectfully Submitted

/s/ Christopher H. Wing by e-mail authorization
_____
Christopher H. Wing
Attorney for Robert Martinson

Dated:  November 17, 2009

McGregor W. Scott
United States Attorney

/s/ Russell Carlberg by e-mail authorization
_____
Russell Carlberg
Assistant U.S. Attorney

Dated: November 17, 2009

/s/ James R. Greiner by e-mail authorization
_____
James R. Greiner
Attorney for Sheryl Haden

Dated: November 17, 2009

/s/ William Portanova by e-mail authorization
_____
William Portanova
Attorney for Kathleen Delapp

/ / /

Dated: November 17, 2009

/s/ Bruce Locke by e-mail authorization
_____
Bruce Locke
Attorney for Melissa Villegas

Dated: November 17, 2009

/s/ Tim Warriner by e-mail authorization
_____
Tim Warriner by e-mail authorization

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for November 20, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, December 18, 2009, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on December 18, 2009.

//
//
//
//
//
///

4

Based upon this finding and the representations of the parties, the Court excludes time from October 2, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on December 18, 2009 at 10:00 a.m. or by further order of this Court.

Dated: November 18, 2009

/s/ Edward J. Garcia
SENIOR U.S. DISTRICT COURT JUDGE

///