LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR: Defendant Martinson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. Cr. S-08-294 EJG |
|---|---|
| Plaintiff, | ORDER CONTINUING STATUS HEARING FROM DECEMBER 18, 2009 TO JANUARY 22, 2010 AT 10:00 AM. EXCLUSION OF TIME 18 USC §3161(h)(8)(B)(iv), Local Code T4 |
| v. | |
| ROBERT MARTINSON, ET. AL. Defendants, | |

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for December 18, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, January 22, 2010, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on January 22, 2010.

/ / /

1

Based upon this finding and the representations of the parties, the Court excludes time from December 18, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on January 22, 2010 at 10:00 a.m. or by further order of this Court.

Dated: December 17, 2009

/s/ Edward J. Garcia
SENIOR U.S. DISTRICT COURT JUDGE

///