LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant Martinson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.     Cr. S-08-294 EJG |
| Plaintiff, | ORDER CONTINUING STATUS HEARING FROM DECEMBER 18, 2009 TO JANUARY 22, 2010 AT 10:00 AM. EXCLUSION OF TIME 18 USC §3161(h)(8)(B)(iv), Local Code T4 |
| v. | |
| ROBERT MARTINSON, ET. AL. Defendants, | |

**[PROPOSED] ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for December 18, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, January 22, 2010, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on January 22, 2010.

/ / /

1

2        Based upon this finding and the representations of the parties, the Court

3  excludes time from December 18, 2009, pursuant to the Speedy Trial Act, 18

4  U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for

5  counsel to prepare), until the next appearance on January 22, 2010 at 10:00 a.m. or

6  by further order of this Court.

7

8

9        Dated:  <u>December 17, 2009</u>

10

11                          <u>/s/ Edward J. Garcia</u>
                            SENIOR U.S. DISTRICT COURT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

2