BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-08-294-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | TRIAL DATE AND TO EXCLUDE TIME |
| v. | ) | |
| | ) | |
| KATHLEEN DELAPP, | ) | |
| MELISSA VILLEGAS, and | ) | |
| RICK VILLEGAS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel,[1] as follows:

Lead defendant Robert Martinson pleaded guilty on January 8, 2010. At a status conference on January 22, 2010, as to the remaining three defendants, the defendants moved for a trial date of Monday, September 20, 2010. The government did not oppose that

_____

[1]Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America; William Portanova, attorney for defendant Kathleen Delapp; Bruce Locke, attorney for defendant Melissa Villegas; and Timothy Warriner, attorney for defendant Rick Villegas.

1

motion, which the Court granted.   A trial confirmation hearing was set for Friday, August 27, 2010.   Time under the Speedy Trial Act was excluded through September 20, 2010, for defense preparation.[2]

Partly as a result of defendant Martinson's cooperation, since the end of January the government has conducted further investigation and trial preparation work.   Mortgage loan files, escrow files, and related documents have been obtained and provided in discovery.   Approximately a dozen additional witnesses have been identified and their statements are being provided to the defense. As of the status conference of January 22, 2010, the government had produced 6,853 pages of discovery.   Since that date, the government has produced 8,198 pages of additional discovery, for a total of 15,051 pages.   The government anticipates producing additional documents within the next several weeks.

Further investigation has revealed the potential culpable involvement of several persons who are presently uncharged.   The government believes that this involvement includes the use of shell entities and the routing of proceeds to straw buyers and others. It involves sophisticated conduct both in this district and another district.   In short, since defendant Martinson's cooperation, the case has at least doubled in size and complexity.

The government can be ready to try the case as charged on September 20, 2010.   But defense counsel are all agreed that they need more time to review the new material and prepare the case. The government recognizes that defense counsel reasonably need more time to review this complex evidence.

---

[2]See Docket #78 [MINUTES] in this case.

Also, the parties are mindful of the Court's rule disfavoring resolution of cases after the Trial Confirmation Hearing.  Given the new evidence, the parties also require additional time to explore potential pretrial resolution of the case as to these particular defendants.

The government has confirmed with the relief Courtroom Deputy that a trial date of Monday, January 10, 2011, at 8:30 a.m., is currently available on the Court's calendar.  A Trial Confirmation Hearing of Friday, December 17, 2010, at 10 a.m., is also available.  The government presently estimates it could try its case-in-chief in approximately a dozen court days.

The parties therefore stipulate and respectfully request that the Trial Confirmation Hearing presently set for Friday, August 27, 2010, be vacated; that the Trial Date of September 20, 2010, be vacated; that the matter be re-set for Trial Confirmation Hearing on Friday, December 17, 2010, at 10 a.m., with a new Trial Date of January 10, 2011, at 8:30 a.m.; and that the Court exclude time under the Speedy Trial Act from the date of this Order through and including January 10, 2011, for both defense preparation, 18 U.S.C. § 3161 (h)(7)(B)(iv) [Local Code T4], and for case complexity, 18 U.S.C. § 3161 (h)(7)(B)(ii) [Local Code T2].

DATE: August 18, 2010            BENJAMIN B. WAGNER
                                 United States Attorney


                            By:  *Russell L. Carlberg*
                                 RUSSELL L. CARLBERG
                                 Assistant United States Attorney


DATE: August 18, 2010            *William Portanova*\*
                                 WILLIAM PORTANOVA
                                 Attorney for KATHLEEN DELAPP

3

DATE: August 18, 2010          _Bruce Locke_*_____
                               BRUCE LOCKE
                               Attorney for MELISSA VILLEGAS


DATE: August 18, 2010          _Timothy Warriner_*_____
                               TIMOTHY WARRINER
                               Attorney for RICK VILLEGAS


*Signed by permission granted via e-mail.

## ORDER

Having considered the representations of counsel and the record in this case, the Court hereby VACATES both the trial date of September 20, 2010, and the Trial Confirmation Hearing of August 27, 2010.

The Court ORDERS that the trial as to defendants Kathleen DeLapp, Melissa Villegas, and Rick Villegas, now be set for January 10, 2011, at 8:30 a.m..  The matter is also ordered set for a Trial Confirmation Hearing on December 17, 2010, at 10 a.m.

The Court finds that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Time, therefore, will be excluded as to all defendants from the date of this Order, through and including January 10, 2011, on the basis of (1) reasonable preparation of defense counsel taking into account the exercise of due diligence, 18 U.S.C. § 3161 (h)(7)(B)(iv) [Local Code T-4], and (2) case complexity, 18 U.S.C. § 3161 (h)(7)(B)(ii) [Local Code T-2].

IT IS SO ORDERED.


DATED:_August 23, 2010_

                               _/s/_____
                               HON. EDWARD J. GARCIA
                               United States District Judge

4