BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Ste 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MELISSA VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MELISSA VILLEGAS,<br><br>  Defendant. | No.  CR. S-08-294 EJG<br><br>STIPULATION AND ORDER FOR CONTINUING THE DATE FOR SENTENCING AND FOR RESCHEDULING THE DISCLOSURE OF THE PRE-SENTENCE REPORT |

　　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, Melissa Villegas, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Russell Carlberg, that the date for sentencing should be continued from March 11, 2011 to May 20, 2011.

　　　　The Proposed Pre-Sentence Report shall be disclosed to counsel no later than March 25, 2011. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than April 15, 2011.  The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than April 22, 2011.  The motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than May 6, 2011.  The reply or statement of non-opposition shall be filed and served no later than May 13, 2011.  Mr. Carlberg has authorized Mr. Locke to sign this pleading for him.

1

| | |
|---|---|
| Dated: January 26, 2011 | Respectfully submitted, |
| | /S/ Bruce Locke |
| | BRUCE LOCKE |
| | Attorney for Melissa Villegas |
| | |
| DATED: October 22, 2010 | /S/ Bruce Locke |
| | For RUSSELL CARLBERG |
| | Attorney for the United States |

IT IS SO ORDERED.

DATED:  January 28, 2011        /s/ Edward J. Garcia
                                UNITED STATES DISTRICT JUDGE

2