BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Ste 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MELISSA VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-08-294 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUING THE |
| v. | ) | DATE FOR SENTENCING AND FOR |
| | ) | RESCHEDULING THE DISCLOSURE OF |
| MELISSA VILLEGAS, | ) | THE PRE-SENTENCE REPORT |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Melissa Villegas, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Russell Carlberg, that the date for sentencing should be continued from May 20, 2011 to June 10, 2011. The reason for the delay is that the Probation Officer needs additional time to complete the Pre-Sentence Report.

The Proposed Pre-Sentence Report shall be disclosed to counsel no later than April 15, 2011. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than April 29, 2011.  The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than May 13, 2011,  The motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than May 27, 2011.  The reply or statement of non-opposition shall be filed and served no later than June 3, 2011. Mr. Carlberg has authorized Mr. Locke to sign this pleading for him.

1

Dated: March 21, 2011                Respectfully submitted,

                                                   /S/ Bruce Locke
                                                 BRUCE LOCKE
                                                 Attorney for Melissa Villegas

DATED: March 21, 2011                    /S/ Bruce Locke
                                                 For RUSSELL CARLBERG
                                                 Attorney for the United States

IT IS SO ORDERED.

DATED:   March 23, 2011                /s/ Edward J. Garcia
                                                 UNITED STATES DISTRICT JUDGE