BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Ste 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MELISSA VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-08-294 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUING THE |
| v. | ) | DATE FOR SENTENCING AND FOR |
| | ) | RESCHEDULING THE DISCLOSURE OF |
| MELISSA VILLEGAS, | ) | THE PRE-SENTENCE REPORT |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Melissa Villegas, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Russell Carlberg, that the date for sentencing should be continued from June 10, 2011 to June 24, 2011. The reason for the delay is that defense counsel needs additional time to file his informal objections.

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than May 20, 2011.  The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than May 27, 2011.  The motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than June 10, 2011.  The reply or statement of non-opposition shall be filed and served no later than June 17, 2011.  Mr. Carlberg has authorized Mr. Locke to sign this pleading for him.

1

| | |
|---|---|
| Dated: May 10, 2011 | Respectfully submitted, |
| | /S/ Bruce Locke |
| | BRUCE LOCKE |
| | Attorney for Melissa Villegas |
| | |
| DATED: May 10, 2011 | /S/ Bruce Locke |
| | For RUSSELL CARLBERG |
| | Attorney for the United States |

IT IS SO ORDERED.

| | |
|---|---|
| DATED:  May 11, 2011 | /s/ Edward J. Garcia |
| | UNITED STATES DISTRICT JUDGE |