BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Ste 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MELISSA VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-294 EJG |
| Plaintiff, | ) ) | |
| | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUING THE |
| v. | ) | DATE FOR SENTENCING AND FOR |
| | ) | RESCHEDULING THE DISCLOSURE OF |
| MELISSA VILLEGAS, | ) | THE PRE-SENTENCE REPORT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Melissa Villegas, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Russell Carlberg, that the date for sentencing should be continued from June 24, 2011 to August 12, 2011. The reason for the delay is that the Probation Officer needs additional time to prepare her final Pre-Sentence Report and the Probation Officer's vacation schedule and defense counsel's trial schedule preclude scheduling the date for judgment and sentence any earlier day..

Accordingly, the Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than July 22, 2011.  The motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than July 29, 2011. The reply or statement of non-opposition shall be filed and served no later than August 5, 2011.  Mr. Carlberg has authorized Mr. Locke to sign this pleading for him.

Dated: June 9, 2011                              Respectfully submitted,

                                                  /S/ Bruce Locke
                                                 BRUCE LOCKE
                                                 Attorney for Melissa Villegas

DATED: June 9, 2011                               /S/ Bruce Locke
                                                 For RUSSELL CARLBERG
                                                 Attorney for the United States

    IT IS SO ORDERED.

DATED:   June 10, 2011                           /s/ Edward J. Garcia
                                                 UNITED STATES DISTRICT JUDGE

2