BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-294-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING DATE |
| v. ) | |
| ) | |
| MELISSA VILLEGAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, Melissa Villegas, by and through her attorney, Bruce Locke, and the United States of America, by and though its attorney, Assistant United States Attorney Russell L. Carlberg, that the date set for judgement and sentence for defendant Melissa Villegas should be continued from August 12, 2011 to September 2, 2011.  The reason for the continuance is that government counsel cannot personally be present in court on August 12, 2011.  Counsel is unavailable due to an appointment for his child on that day.  Due to the nature of the case and the forthcoming 5K1.1. recommendation, the undersigned

Assistant U.S. Attorney believes he should be personally present for the sentencing of this defendant and not ask a colleague to stand in for him.

The parties are aware that the matter has been continued previously three times due to other reasons. This fourth continuance is the last one that will be requested and the parties will be prepared for judgment and sentence on September 2, 2011. Should the Court grant this final request, the parties would file sentencing memoranda not later than August 26, 2011.

Counsel for the government has confirmed with the Court's courtroom deputy, Ms. Lydon, that September 2, 2011 is an available date. The U.S. Probation Officer has informed the undersigned Assistant U.S. Attorney that she has no objection to a continuance and that she is available on any Friday in September. Counsel for the defendant has telephonically authorized the undersigned Assistant U.S. Attorney to sign for him.

DATE: August 5, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                       By:    *Russell L. Carlberg*
                              RUSSELL L. CARLBERG
                              Assistant United States Attorney

DATE: August 5, 2011          *Bruce Locke*
                              BRUCE LOCKE
                              Attorney for MELISSA VILLEGAS

**ORDER**

IT IS SO ORDERED.

DATED: August 9, 2011         /s/ Edward J. Garcia
                              HON. EDWARD J. GARCIA
                              United States District Judge

2