# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
### (Probation Form 49, Waiver of Hearing, is on file)

**Name of Offender:**  Melissa Villegas                **Docket Number:**  0972 2:08CR00294-04

**Name of Judicial Officer**:     United States District Judge William B. Shubb

**Date of Original Sentence:**   12/02/2011

**Original Offense:**  18 USC 1349 – Conspiracy to Commit Mail Fraud and Bank Fraud (Class C Felony)

**Original Sentence:** 15 months custody Bureau of Prisons; 36 months Supervised Release; $240,000 Restitution; $100 Special Assessment

**Special Conditions:**

Warrantless Search
Not Dissipate Assets
Financial Disclosure
Financial Restrictions
Mental Health Treatment
Aftercare Co-payment

**Type of Supervision:**     Supervised Release

**Date Supervision Commenced:**    3/8/2013

**Other Court Actions:**  None

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7.  The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

PROB 12B
(08/13)

8. The defendant shall complete 40 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program.

**Justification:** On August 21, 2014, a vehicle stop was affected and the driver was determined to be operating the vehicle while under the influence of alcohol. The defendant was identified as the passenger and was also displaying objective signs of being under the influence of alcohol. Her speech was slurred, her eyes were red and watery, and she was belligerent and yelling. Due to her intoxicated level, as well as for her own safety, she was placed under arrest for public intoxication. She was transported to the local jail where she was held for several hours. She was neither charged nor cited.

The defendant violated her conditions of supervision by consuming alcohol in excess and committing a new law violation. It is felt revocation is not warranted at this time but some type of sanction should be imposed to impress upon the defendant the seriousness of her actions and deter further violation conduct.

Therefore, it is recommended that the defendant abstain from further alcohol use and complete 40 hours of unpaid community service. The defendant is in agreement with the modification request and a signed waiver in on file.

Respectfully submitted,

*/s/ Kris M. Miura*

**Kris M. Miura**
**United States Probation Officer**
Telephone: 916-683-3323

Reviewed by,

*/s/ Jack C. Roberson*

**Jack C. Roberson**
**Supervising United States Probation Officer**

**DATED:** 10/16/2014

## THE COURT ORDERS:

☒  Modification approved as recommended.

**Dated:  October 21, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Russell L. Carlberg

Defense Counsel: Bruce Locke

PROB 12B
(04/13)